JP MORGAN CHASE BANK NATIONAL ASSOCIATION, Respondent, v HELA MIODOWNIK, Appellant, et al., Defendants.

Submitted July 2, 2012; decided September 13, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MORRISON COHEN, LLP, Respondent, v DAVID FINK, Appellant.

Submitted July 23, 2012; decided September 13, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of PAUL MURPHY, Respondent, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Appellant, and SOUTHBRIDGE TOWERS, INC., Respondent.

Submitted July 23, 2012; decided September 13, 2012

Motion by the City of New York for leave to file a memorandum of law amicus curiae on the motion for leave to appeal herein granted and the memorandum of law is accepted as filed.